

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2022

No. 04-22-00273-CV

**IN THE INTEREST OF E.M.E AND E.D.E.**, Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA02152
Honorable Tina Torres, Judge Presiding

# O R D E R

    This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due July 12, 2022. This court's Clerk's Office contacted appellant's court-appointed counsel, Marco Cabrera, who indicated he would file a brief with this court by Friday, July 22, 2022.

    We hereby **order** appellant's counsel, Marco Cabrera, to file appellant's brief no later than **July 25, 2022**. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

    It is so **ORDERED** on July 19, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT